IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CLYDE YOUNG**  **PETITIONER**
Reg. #27524-180

v.  CASE NO.: 2:07CV00024GH/BD

**LINDA SANDERS**  **RESPONDENT**
Warden, Federal Correctional Complex,
Forrest City, Arkansas

## ORDER

Petitioner, Clyde Young, filed a pro se petition for writ of habeas corpus (#2) under 28 U.S.C. § 2241. Respondent has not yet filed a response. Petitioner has now filed a Motion to Dismiss (#6), stating that the parties have been able to resolve the issues presented in the petition for writ of habeas corpus. Under Federal Rule of Civil Procedure 41, the Petitioner is entitled to a voluntary dismissal of his petition.

IT IS, THEREFORE, ORDERED that Petitioner's Motion to Dismiss (#6) is GRANTED. The petition (#2) is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 29th day of March, 2007.

_____
United States District Judge