# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**CLYDE YOUNG**                                                                      **PETITIONER**
Reg. #27524-180

**v.**                 **CASE NO.: 2:07CV00024GH/BD**

**LINDA SANDERS**                                                       **RESPONDENT**
Warden, Federal Correctional Complex,
Forrest City, Arkansas

## **JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. §2241 petition for writ of habeas corpus without prejudice.

IT IS SO ORDERED this 29th day of March, 2007.

*/s/ George Howard, Jr.*
United States District Judge